No. D–1887. IN RE DISBARMENT OF ANDREWS. Earl Ray Andrews, of Athens, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1888. IN RE DISBARMENT OF MOORE. Patrick Shawn Moore, of Prospect Heights, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1889. IN RE DISBARMENT OF JAMISON. Anthony Jamison, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1890. IN RE DISBARMENT OF STERN. Paul A. Stern, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $114,817.19 for the period October 19, 1996, through September 9, 1997, to be paid equally by Kansas and Colorado. [For earlier order herein, see, e. g., ante, p. 803.]

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $45,333.99 for the period June 16 through December 5, 1997, to be paid as follows: 30% by Nebraska, 30% by Wyoming, 15% by Colorado, and 25% by the United States. [For earlier order herein, see, e. g., 521 U. S. 1116.]

No. 96–1584. CAMPBELL v. LOUISIANA. Ct. App. La., 3d Cir. [Certiorari granted, 521 U. S. 1151.] Motion of the parties to allow into the record a joint stipulation of counsel granted.